

NUMBER 13-05-00092-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

YOUNG'S PROPANE, INC.
AND DANA YOUNG,                                                  Appellants,

v.

G.B.T. EXPLORATION, INC.,
D/B/A FLEET PROPANE, INC.,                                        Appellee.

### On appeal from the 164th District Court
### of Harris County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on March 3, 2005, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8.

Since the abatement there has been no activity in this appeal.  On April 22, 2009, the Court

ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Appellee responded to the order by informing the Court that they do not object to this appeal being dismissed. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of May, 2009.

2